July 20, 2017



# JUDGMENT

## The Fourteenth Court of Appeals

CANDIDA BATEMAN, Appellant

NO. 14-17-00285-CV         V.

PRESERVATION INVESTMENTS LLC, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on April 4, 2017. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order this decision certified below for observance.